740 A.2d 1141

**COMMONWEALTH of Pennsylvania, Acting by Attorney General D. Michael Fisher**

**v.**

**William TANKERSLEY, Patricia Harris, Harry Brankle, John Doe, Think Achievement Corporation d/b/a Career Guides, New Age Advertising Corporation, and National Answering Service,**

**Appeal of Patricia Harris, Harry Brankle, John Doe, Think Achievement Corporation, d/b/a Career Guides, New Age Advertising Corporation, and National Answering Service.**

Supreme Court of Pennsylvania.

Nov. 24, 1999.

## *ORDER*

PER CURIAM:

**AND NOW,** this 24th day of November,1999, the Orders of the Commonwealth Court are AFFIRMED.